# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JERRY JAMES ELLIS**  **PLAINTIFF**
**ADC #078658**

**v.**　　　　　　　　Case No. 2:20-cv-00244-LPR-JJV

**DEXTER PAYNE, Director, ADC,** *et al.*　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice due to his failure to pay the filing fee. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 3rd day of February 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE